IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**VERDIA KING, et al.**                                      **PLAINTIFFS**

**VS.**                                            **CIVIL ACTION 3:06cv301 DPJ-JCS**

**KOCH FOODS OF MISSISSIPPI**                        **DEFENDANT**

## **RECUSAL ORDER**

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for defendant, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

Further, it is ordered that this case is reassigned to United States District Judge Daniel P. Jordan, III.

ORDERED this ___24th___ day of November, 2009.

                                                       /s/Tom S. Lee
                                                       UNITED STATES DISTRICT JUDGE